UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No.  06-02229 - lmj - 11 |
| Diocese of Davenport, | ) | |
| | ) | APPOINTMENT OF COMMITTEE |
| Debtor | ) | OF UNSECURED CREDITORS |

The United States Trustee for Region 12 hereby appoints the following persons to the Official Committee of Unsecured Creditors in the above case:

1. Creditor: Mike Uhde
   Address: 2714 East Locust Street
   Davenport, Iowa 52803
   (563) 340-9649

2. Creditor: Mike Gould
   Address: 705 89th Ct. NN
   Bradenton, Florida 34209
   (941) 518-1548

3. Creditor: John Doe # 13
   Address: Under seal
   To be disclosed by order of the Court

4. Creditor: John Doe # 65
   Address: Under seal
   To be disclosed by order of the Court

5. Creditor: John Doe # 18
   Address: Under seal
   To be disclosed by order of the Court

6. Creditor: John Doe # 23
   Address: Under seal
   To be disclosed by order of the Court

7. Creditor: John Doe # 55
   Address: Under seal
   To be disclosed by order of the Court

**Mike Uhde** is hereby designated as Acting Chairperson of said Committee pending selection by the Committee members of a permanent Chairperson.  In order to make the Committee more representative, the right to add or remove members of the Committee is reserved.

**Habbo G. Fokkena,**
United States Trustee
Region 12

By: /s/ James L. Snyder
   **James L. Snyder**
   Assistant U.S. Trustee
   I.D. #IS9999967
   210 Walnut Street, Suite 793
   Des Moines, IA  50309-2108
   (515)284-4982

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document to which this certificate is attached, was sent to the parties or attorneys of record, shown below on December 19, 2006.

Parties receiving electronic service:

    Richard A Davidson rdavidson@l-wlaw.com

    Craig A Levien cal@bettylawfirm.com lls@bettylawfirm.com

    Thomas G McCuskey mccuskeytompc@qwest.net

    Michael Pompeo michael.pompeo@dbr.com

    Marty L Rowlet MLR@shuttleworthlaw.com

    Anita L. Shodeen ashodeen@bevinglaw.com; Mgirres@Bevinglaw.com

Parties receiving hand or mailed service:

    Thomas J Salerno
    Two Renaissance Square
    40 North Central Avenue, Suite 2700
    Phoenix, AZ 85004-4441

                                                By:/s/Shelly W. Fellner
                                                  **Shelly W. Fellner**
                                                  Legal Clerk
                                                  United States Trustee's Office