### EXHIBIT "A"
### Debtor's Plan of Reorganization

**EXHIBIT "B"**
**Financial Statements for Fiscal Years 2005, 2006, 2007**

Diocese of Davenport

**Balance Sheets**
June 30, 2006 and 2005

|  | 2006 | | |
|---|---|---|---|
|  | Operating | Insurance Fund | Total |
| **Assets** | | | |
| Cash and Cash Equivalents: | | | |
| Unrestricted | $ 180,598 | $ 621,020 | $ 801,618 |
| Temporarily restricted | 196,543 | - | 196,543 |
|  | 377,141 | 621,020 | 998,161 |
| Receivables: | | | |
| Due from parishes, Annual Diocesan Appeal | 336,049 | - | 336,049 |
| Marriage tribunal, less allowance for doubtful amounts 2006 $2,700; 2005 $3,300 | 4,245 | - | 4,245 |
| Priests and former seminarians, less allowance for doubtful amounts 2006 $241,296; 2005 $251,371 | 23,762 | - | 23,762 |
| Insurance recovery | - | 3,636 | 3,636 |
| Other receivable | 534,929 | 34,488 | 569,417 |
| Investments (Note 2): | | | |
| Commingled investment fund | 5,533,726 | - | 5,533,726 |
| Omer Woltering Trust | 554,045 | - | 554,045 |
| Temporary Investment Fund | 10,982 | - | 10,982 |
| Land, Buildings and Equipment, net of accumulated depreciation (Note 3) | 1,050,032 | - | 1,050,032 |
| Prepaid Assets | - | 165 | 165 |
|  | 8,047,770 | 38,289 | 8,086,059 |
| Total assets | $ 8,424,911 | $ 659,309 | $ 9,084,220 |
| **Liabilities and Net Assets** | | | |
| Liabilities: | | | |
| Accounts payable and accrued expenses | $ 139,981 | $ - | $ 139,981 |
| Claims payable (Note 11) | 1,650,316 | - | 1,650,316 |
| Accounts payable, special collections | 265,853 | - | 265,853 |
| Accounts payable, insurance claims | - | 16,850 | 16,850 |
| Due to parishes, Annual Diocesan Appeal | 5,416 | - | 5,416 |
| Total liabilities | 2,061,566 | 16,850 | 2,078,416 |
| Contingency (Notes 8, 10 and 11) | | | |
| Net Assets: | | | |
| Unrestricted | (573,967) | 642,459 | 68,492 |
| Temporarily restricted (Note 5) | 6,663,937 | - | 6,663,937 |
| Permanently restricted (Note 6) | 273,375 | - | 273,375 |
| Total net assets | 6,363,345 | 642,459 | 7,005,804 |
| Total liabilities and net assets | $ 8,424,911 | $ 659,309 | $ 9,084,220 |

See Notes to Financial Statements.

| | Operating | | 2005 Insurance Fund | | Total |
|---|---|---|---|---|---|
| $ | 26,829 | $ | 587,731 | $ | 614,560 |
| | 506,160 | | - | | 506,160 |
| | 532,989 | | 587,731 | | 1,120,720 |
| | | | | | |
| | 321,617 | | - | | 321,617 |
| | | | | | |
| | 4,375 | | - | | 4,375 |
| | | | | | |
| | 22,907 | | - | | 22,907 |
| | - | | 1,331 | | 1,331 |
| | 35,912 | | 17,079 | | 52,991 |
| | | | | | |
| | 3,506,745 | | - | | 3,506,745 |
| | 483,781 | | - | | 483,781 |
| | 38,013 | | - | | 38,013 |
| | | | | | |
| | 2,995,878 | | - | | 2,995,878 |
| | - | | 10,273 | | 10,273 |
| | 7,409,228 | | 28,683 | | 7,437,911 |
| $ | 7,942,217 | $ | 616,414 | $ | 8,558,631 |
| | | | | | |
| | | | | | |
| $ | 533,581 | $ | - | $ | 533,581 |
| | - | | - | | - |
| | 228,337 | | - | | 228,337 |
| | - | | 5,833 | | 5,833 |
| | 1,090 | | - | | 1,090 |
| | 763,008 | | 5,833 | | 768,841 |
| | | | | | |
| | | | | | |
| | 906,204 | | 610,581 | | 1,516,785 |
| | 5,999,630 | | - | | 5,999,630 |
| | 273,375 | | - | | 273,375 |
| | 7,179,209 | | 610,581 | | 7,789,790 |
| $ | 7,942,217 | $ | 616,414 | $ | 8,558,631 |

4

Diocese of Davenport

Statements of Activities
Years Ended June 30, 2006 and 2005

| | | 2006 | | |
| Support and Revenue: | Unrestricted | Temporarily Restricted | Permanently Restricted | Total |
| --- | --- | --- | --- | --- |
| Annual Diocesan Appeal | $ 2,570,447 | $ - | $ - | $ 2,570,447 |
| Support revenue for special collections | - | 91,043 | | 91,043 |
| Contributions and bequests | 70,031 | 375,322 | | 445,353 |
| Insurance revenue, net of expenses (Note 8) | 31,878 | - | | 31,878 |
| Investment income: | | | | |
| Interest and dividends, net of fees | 2,855 | 116,410 | - | 119,265 |
| Net realized gains on sale of investments | 6,637 | 540,970 | - | 547,607 |
| Change in net unrealized gains (losses) on investments (Note 2) | (2,527) | 19,717 | | 17,190 |
| Rental and other income | 464,360 | - | - | 464,360 |
| Net assets released from restrictions, satisfaction of program restrictions (Note 7) | 479,155 | (479,155) | - | - |
| Total support and revenue | 3,622,836 | 664,307 | - | 4,287,143 |
| Expenses: | | | | |
| Chancery office | 450,744 | - | - | 450,744 |
| Marriage tribunal office | 145,240 | - | - | 145,240 |
| Pastoral services office | 868,461 | - | - | 868,461 |
| Vocations and clergy support | 43,676 | - | - | 43,676 |
| Support of special collections | 215,171 | - | - | 215,171 |
| Retirement and assistance of clergy (health benefits) | 213,660 | - | - | 213,660 |
| University hospital chaplains | 86,128 | - | - | 86,128 |
| National, regional, local councils and organizations | 116,620 | - | - | 116,620 |
| Seminarian education, assistance ministry | 220,476 | - | - | 220,476 |
| Stewardship and development office | 39,368 | - | - | 39,368 |
| Communications office | 272,925 | - | - | 272,925 |
| Administration and finance office (Note 11) | 2,061,190 | - | - | 2,061,190 |
| St. Vincent's Center | 254,940 | - | - | 254,940 |
| Depreciation | 82,530 | - | - | 82,530 |
| Total expenses | 5,071,129 | - | - | 5,071,129 |
| Change in net assets | (1,448,293) | 664,307 | - | (783,986) |
| Net assets at beginning of year | 1,516,785 | 5,999,630 | 273,375 | 7,789,790 |
| Net assets at end of year | $ 68,492 | $ 6,663,937 | $ 273,375 | $ 7,005,804 |

See Notes to Financial Statements.

| | 2005 | | |
|---|---|---|---|
| Unrestricted | Temporarily Restricted | Permanently Restricted | Total |
| $ 2,400,001 | $ - | $ - | $ 2,400,001 |
| 203,590 | 126,278 | - | 329,868 |
| 80,767 | 250 | - | 81,017 |
| 49,642 | - | - | 49,642 |
| 11,715 | 56,653 | - | 68,368 |
| 171,658 | 610,153 | - | 781,811 |
| (13,130) | 73,171 | - | 60,041 |
| 539,337 | - | - | 539,337 |
| 366,139 | (366,139) | - | - |
| 3,809,719 | 500,366 | - | 4,310,085 |
| | | | |
| 493,867 | - | - | 493,867 |
| 119,702 | - | - | 119,702 |
| 738,923 | - | - | 738,923 |
| 36,013 | - | - | 36,013 |
| 290,247 | - | - | 290,247 |
| 345,601 | - | - | 345,601 |
| 82,052 | - | - | 82,052 |
| 118,644 | - | - | 118,644 |
| 236,112 | - | - | 236,112 |
| 55,640 | - | - | 55,640 |
| 314,260 | - | - | 314,260 |
| 4,559,494 | - | - | 4,559,494 |
| 379,767 | - | - | 379,767 |
| 167,859 | - | - | 167,859 |
| 7,938,181 | - | - | 7,938,181 |
| (4,128,462) | 500,366 | - | (3,628,096) |
| 5,645,247 | 5,499,264 | 273,375 | 11,417,886 |
| $ 1,516,785 | $ 5,999,630 | $ 273,375 | $ 7,789,790 |

Diocese of Davenport

Statements of Cash Flows
Years Ended June 30, 2006 and 2005

| | 2006 | 2005 |
|---|---|---|
| Cash Flows from Operating Activities: | | |
| Change in net assets | $ (783,986) | $ (3,628,096) |
| Adjustments to reconcile change in net assets to net cash (used in) operating activities: | | |
| Depreciation | | |
| (Gain) loss on sale of property and equipment | 82,530 | 167,859 |
| Net realized (gains) on sale of investments | 115,401 | (80,782) |
| Change in net unrealized (gains) on investments | (547,607) | (781,811) |
| Interest and dividends from Kingdom Co. investments and other, net of fees | (17,190) | (60,041) |
| Changes in assets and liabilities: | (125,720) | (57,528) |
| (Increase) in receivables | (533,888) | (57,870) |
| Decrease in prepaid assets | 10,108 | 2,372 |
| Increase in accounts payable and accrued expenses | 1,305,249 | 66,551 |
| Increase (decrease) in due to parishes | 4,326 | (34,681) |
| Net cash (used in) operating activities | (490,777) | (4,464,027) |
| Cash Flows from Investing Activities: | | |
| Investment proceeds from Kingdom Co. | | |
| Investment in Kingdom Co. | 1,062,703 | 9,795,380 |
| Proceeds from sale of investments | (2,479,802) | (5,530,532) |
| Proceeds from sale of land, buildings and equipment | 37,402 | - |
| Purchase of equipment | 1,797,106 | 110,532 |
| Net cash provided by investing activities | (49,191) | (14,581) |
| | 368,218 | 4,360,799 |
| Cash Flows (Used In) Financing Activities, principal payments of note payable | - | (19,000) |
| Net (decrease) in cash and cash equivalents | (122,559) | (122,228) |
| Cash and cash equivalents: | | |
| Beginning | 1,120,720 | 1,242,948 |
| Ending | $ 998,161 | $ 1,120,720 |

See Notes to Financial Statements.

7

**Diocese of Davenport**

**Notes to Financial Statements**

Note 1.    Nature of Organization and Significant Accounting Policies

Nature of organization:

The Diocese of Davenport is an Iowa nonprofit corporation. This financial report includes all known funds and all known major assets and liabilities of the Diocese of Davenport (see Note 4).

Significant accounting policies:

The financial statements of the Diocese of Davenport have been prepared in accordance with *Accounting Principles and Reporting Practices for Churches and Church-Related Organizations*, adopted by the National Conference of Catholic Bishops, United States Catholic Conference, which is consistent with accounting principles generally accepted in the United States of America in all material respects.

Net assets: The Organization is required to report information regarding its financial position and activities according to three classes of net assets: unrestricted net assets, temporarily restricted net assets, and permanently restricted net assets. The three classes are based on the presence or absence of donor-imposed restrictions. Temporarily restricted net assets include net assets restricted by donors to a specific time period or purpose. Permanently restricted net assets have been restricted by donors to be maintained in perpetuity.

Accounting estimates: The preparation of financial statements, in conformity with accounting principles generally accepted in the United States of America, requires management to make estimates and assumptions that affect the reported amount of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenue and expenses during the reporting period. Actual results could differ from those estimates.

Cash and cash equivalents: For purposes of reporting cash flows, the Diocese includes all cash accounts, which are not subject to withdrawal restrictions or penalties, and money market funds with an original maturity of three months or less, excluding commingled investment fund cash and cash of the Omer Woltering Trust, to be cash and cash equivalents.

Receivables: Receivables are carried at original amount less an estimate made for doubtful receivables based on a review of all outstanding amounts on a monthly basis. Management determines the allowance for doubtful accounts by identifying troubled accounts and considers the financial condition and history. Receivables are written off when deemed uncollectible. Recoveries of previously written off receivables are recorded when received. Bad debt (recoveries), net were approximately $(5,000) and $(4,400) for the years ended June 30, 2006 and 2005, respectively.

Investments: Investments in the commingled investment fund and other marketable equity and debt securities are carried at fair value based on quoted market prices. Gains and losses on investments are included in the statements of activities.

**Diocese of Davenport**

**Notes to Financial Statements**

---

**Note 1.    Nature of Organization and Significant Accounting Policies (Continued)**

Land, buildings and equipment:  Land, buildings and equipment are stated at cost if purchased or at estimated fair value at the date of donation if received as a gift.

Depreciation is computed using the straight-line method over the estimated useful lives of the various classifications of buildings and equipment as follows:

|  | Years |
|---|---|
| Buildings and building improvements | 10 - 40 |
| Equipment, automobiles and furnishings | 5 - 10 |

Annual Diocesan Appeal:  The Diocese of Davenport derives a substantial portion of its support and revenue from the Annual Diocesan Appeal which is an annual parish-level diocesan fund drive. Amounts due from parishes pursuant to this annual drive are recognized as support and revenue when the parishes are assessed.

Contributions:  The Diocese reports gifts of cash and other assets as restricted support if they are received with donor stipulations that limit the use of the donated assets. When a donor restriction expires, that is, when a stipulated time restriction ends or purpose restriction is accomplished, temporarily restricted net assets are reclassified to unrestricted net assets and reported in the statements of activities as net assets released from restrictions.

The Diocese reports gifts of land, buildings and equipment as unrestricted support unless explicit donor stipulations specify how the donated assets must be used. Gifts of long-lived assets with explicit restrictions that specify how the assets are to be used and gifts of cash or other assets that must be used to acquire long-lived assets are reported as restricted support. Absent explicit donor stipulations about how long those long-lived assets must be maintained, the Diocese reports expirations of donor restrictions when the donated or acquired long-lived assets are placed in service.

Diocese of Davenport

Notes to Financial Statements

Note 2.    Investments

Commingled investment fund:  The Diocese of Davenport participates in and administers a voluntary commingled
investment program (Kingdom Co) for the benefit of those Diocesan affiliates who request to participate in the
program. The assets and participants' equity of this fund as of June 30, 2006 and 2005 are as follows:

| Assets | | 2006 | | 2005 |
|---|---|---|---|---|
| Cash | $ | 58,086 | $ | 609,927 |
| Temporary cash investments, money market funds | | 446,048 | | 163,690 |
| Investments, at fair value, corporate stocks | | 9,842,907 | | 7,204,566 |
| | $ | 10,347,041 | $ | 7,978,183 |

| Participants' Equity | | | | |
|---|---|---|---|---|
| The Catholic Messenger | $ | 824,527 | $ | 737,529 |
| St. Vincent's Home | | 3,988,788 | | 3,733,909 |
| Diocese of Davenport | | 5,533,726 | | 3,506,745 |
| | $ | 10,347,041 | $ | 7,978,183 |

**Diocese of Davenport**

**Notes to Financial Statements**

---

Note 2.    Investments (Continued)

A summary of changes in participants' equity for the years ended June 30, 2006 and 2005 is as follows:

| | The Catholic Messenger | St. Vincent's Home | Diocese of Davenport | Newman Center | St. Mary Sigourney | Total |
|---|---|---|---|---|---|---|
| Participants' equity, June 30, 2004 | $ 428,753 | $ 3,045,293 | $ 6,907,970 | $ 3,633,500 | $ 69,332 | $ 14,084,848 |
| Add: | | | | | | |
| Equity investments | 185,000 | - | 5,530,532 | - | - | 5,715,532 |
| Dividend and interest income | 15,392 | 93,319 | 94,883 | 23,505 | 249 | 227,348 |
| Net realized gains | 80,919 | 541,489 | 781,811 | 332,678 | (467) | 1,736,430 |
| Change in net unrealized gains | 32,737 | 143,590 | 31,478 | 23,993 | 1,082 | 232,880 |
| Deduct: | | | | | | |
| Distributions to participants | - | (55,000) | (9,795,380) | (3,999,465) | (70,052) | (13,919,897) |
| Fees | (5,272) | (34,782) | (44,549) | (14,211) | (144) | (98,958) |
| Participants' equity, June 30, 2005 | 737,529 | 3,733,909 | 3,506,745 | - | - | 7,978,183 |
| Add: | | | | | | |
| Equity investments | 165,000 | - | 2,479,802 | - | - | 2,644,802 |
| Dividend and interest income | 17,623 | 98,037 | 135,390 | - | - | 251,050 |
| Net realized gains | 71,242 | 396,567 | 547,607 | - | - | 1,015,416 |
| Change in net unrealized gains | (5,809) | (27,343) | (35,416) | - | - | (68,568) |
| Deduct: | | | | | | |
| Distributions to participants | (156,000) | (185,000) | (1,062,703) | - | - | (1,403,703) |
| Fees | (5,058) | (27,382) | (37,699) | - | - | (70,139) |
| Participants' equity, June 30, 2006 | $ 824,527 | $ 3,988,788 | $ 5,533,726 | $ - | $ - | $ 10,347,041 |

| | 2006 | | 2005 | |
|---|---|---|---|---|
| | Total Investment Income | % Return on Beginning Participant's Equity | Total Investment Income | % Return on Beginning Participant's Equity |
| Dividend and interest income, net of fees | $ 180,911 | 2.3% | $ 128,390 | .9% |
| Net realized gains and change in net unrealized gains | 946,848 | 11.9% | 1,969,310 | 14.0% |
| Total | $ 1,127,759 | 14.2% | $ 2,097,700 | 14.9% |

Diocese of Davenport

Notes to Financial Statements

Note 2.    Investments (Continued)

Omer Woltering Trust:  The Omer Woltering Trust was created in 1991 by a $250,000 bequest from the estate of Omer Woltering. The Diocese is trustee and beneficiary of the trust.

The assets of this trust as of June 30, 2006 and 2005 are as follows:

|  | 2006 | 2005 |
|---|---|---|
| Cash | $    1,505 | $    1,265 |
| Marketable securities, mutual funds, at fair value | 552,540 | 482,516 |
|  | $  554,045 | $  483,781 |

Temporary Investment Fund:  The Temporary Investment Fund was created in 1995 for the special needs of the Diocese. The assets of this fund as of June 30, 2006 and 2005 were marketable debt and equity securities which totaled $10,982 and $38,013, respectively.

For the years ended June 30, 2006 and 2005 the change in the gross unrealized gains and (losses) for all marketable equity securities included in the accompanying statements of activities are as follows:

|  | 2006 | 2005 |
|---|---|---|
| Gross unrealized gains | $    606,265 | $    636,832 |
| Gross unrealized (losses) | (589,075) | (576,791) |
| **Change in net unrealized gains** | $      17,190 | $      60,041 |

Diocese of Davenport

Notes to Financial Statements

**Note 3.    Land, Buildings and Equipment**

A summary of land, buildings and equipment as of June 30, 2006 and 2005 is as follows:

| Asset Description | 2006 | 2005 |
|---|---|---|
| Davenport, Iowa: | | |
| St. Vincent's property, including land of $195,559 and buildings | $ 2,235,235 | $ 2,235,235 |
| Chancery office equipment and automobiles | 489,825 | 789,535 |
| Bishop's residence, Scott Street | 200,860 | 200,860 |
| Residence, Telegraph Road, including land of $146,511 and buildings | 221,511 | 221,511 |
| Iowa City, Iowa: | | |
| Newman Catholic Student Center, including land of $250,000 and furnishings | - | 3,305,474 |
| | 3,147,431 | 6,752,615 |
| Less accumulated depreciation | 2,097,399 | 3,756,737 |
| | $ 1,050,032 | $ 2,995,878 |

**Note 4.    Affiliations**

The Diocese of Davenport is affiliated with numerous other Iowa nonprofit corporations because the Bishop of the Diocese of Davenport, as Ordinary of the Catholic Church activities in southeast Iowa, serves as president of this and the following affiliated corporations:

Approximately 100 parish and school corporations
The Catholic Messenger
St. Ambrose University
Priests Aid Society
St. Vincent's Home Corporation
Newman Catholic Student Center of Iowa City, Iowa

The Bishop of the Diocese of Davenport also serves as Chairman of the Board of Kahl Home for the Aged and Infirm.

None of the assets and liabilities of these affiliated corporations, or any other related organizations, are included in this financial report.

Diocese of Davenport

Notes to Financial Statements

---

Note 5.    Temporarily Restricted Net Assets

Temporarily restricted net assets as of June 30, 2006 and 2005 are available for the following purposes:

|  | 2006 | 2005 |
|---|---|---|
| Seminary education | $ 5,250,118 | $ 4,635,768 |
| Catholic charity | 735,178 | 592,721 |
| Special account, parish perpetual care | - | 24,636 |
| Special collections, Campaign for Human Development | 4,406 | 7,872 |
| Special collections, Volunteer Program in Latin America | 84,523 | 166,161 |
| Special collections, Works of Charity | 30,904 | 83,928 |
| Omer Woltering Trust, Clergy Education | 554,045 | 483,781 |
| Parish perpetual care | 4,763 | 4,763 |
|  | $ 6,663,937 | $ 5,999,630 |

Note 6.    Permanently Restricted Net Assets

Permanently restricted net assets are restricted to investment in perpetuity, the income from which is expendable to support seminary education.

Note 7.    Net Assets Released from Restrictions

Net assets were released from donor restrictions by incurring expenses satisfying the restricted purposes or by occurrence of other events specified by donors.

|  | 2006 | 2005 |
|---|---|---|
| Purpose restrictions accomplished: |  |  |
| Special collections, Campaign for Human Development | $ 14,002 | $ 18,648 |
| Special collections, Volunteer Program in Latin America | 120,543 | 53,547 |
| Special collections, Works of Charity | 94,628 | 33,111 |
| Catholic charity | 64,427 | 70,000 |
| Seminary education | 160,000 | 189,604 |
| Clergy assistance | - | 150 |
| Parish perpetual care | 555 | 1,079 |
| Special account | 25,000 | - |
| Total assets released from restrictions | $ 479,155 | $ 366,139 |

**Diocese of Davenport**

**Notes to Financial Statements**

---

Note 8.    Insurance Funds and Contingency

The Diocese established an insurance fund to provide uniform property and casualty, worker's compensation, and blanket liability coverage under one comprehensive plan for all parishes and affiliates of the Diocese of Davenport. The fund collects fees from subscribers and remits premiums to the insurance carriers during the policy year. The various insurance policies have deductibles ranging from none to $25,000.

The Diocese also established a self-insurance fund to provide medical insurance for parishes and affiliates of the Diocese of Davenport. The fund collects fees from subscribers and remits premiums to the insurance carrier during the policy year. As of June 30, 2006, the specific deductible per participant was $50,000 and the aggregate deductible was approximately $265,000.

The Diocese is responsible for the excess of the claims paid over premiums received for both of the insurance funds.

Activity in these funds for the years ended June 30, 2006 and 2005 was as follows:

| | Property Insurance Fund | Medical Insurance Fund | Total |
|---|---|---|---|
| | | 2006 | |
| Fees collected | $ 751,293 | $ 365,637 | $ 1,116,930 |
| Interest earned | 5,459 | 998 | 6,457 |
| Premiums paid | (719,115) | (122,075) | (841,190) |
| Recoveries | 126,063 | 1,666 | 127,729 |
| Claims expense | (148,524) | (228,785) | (377,309) |
| Other | (697) | (42) | (739) |
| | $ 14,479 | $ 17,399 | $ 31,878 |
| | | 2005 | |
| Fees collected | $ 749,729 | $ 383,579 | $ 1,133,308 |
| Interest earned | 1,869 | 374 | 2,243 |
| Premiums paid | (714,377) | (134,924) | (849,301) |
| Recoveries | 75,522 | 2,635 | 78,157 |
| Claims expense | (93,958) | (220,807) | (314,765) |
| | $ 18,785 | $ 30,857 | $ 49,642 |

Note 9.    Retirement Plan

The Diocese has adopted a 401(k) retirement plan which covers substantially all of its employees. The Diocese will match 100% of employees' contributions up to 2% of employee compensation. The Diocese also has the option to make discretionary contributions to the plan. The Diocese's matching and discretionary contributions were approximately $56,100 and $72,200 for the years ended June 30, 2006 and 2005, respectively.

Diocese of Davenport

Notes to Financial Statements

Note 10.    Concentrations of Credit Risk

The Diocese has deposits exceeding the federal depository insurance limits in various major financial institutions. These financial institutions have strong credit ratings and management believes the credit risk related to these deposits is minimal.

The Diocese routinely invests their surplus operating funds in money market funds. These funds generally invest in highly liquid U.S. government and agency obligations and various investment grade corporate obligations. Investments in money market funds are not insured or guaranteed by the U.S. government or by the underlying corporation; however, management believes that credit risk related to these investments is minimal.

Note 11.    Lawsuit and Petition for Reorganization under Chapter 11

Numerous lawsuits have been filed naming the Diocese as a defendant in cases involving alleged sexual abuse by several priest and former priests. These lawsuits are being reviewed by legal counsel and the insurance carriers that provided coverage to the Diocese during the periods in which the alleged incidents took place. In September 2006, the Scott County District Court returned a verdict against the Diocese in the amount of $1,536,000 plus interest.

The financial statements for the year ended June 30, 2006 include a liability for these subsequent settlements in accordance with accounting principles generally accepted in the United States of America. There are several cases still in discovery with no estimate of probability or potential settlement amount at this time.

On October 10, 2006, the Diocese filed a voluntary petition under Chapter 11 of the federal bankruptcy laws in the United States Bankruptcy Court for the Southern District of Iowa. Under Chapter 11, certain claims against the Diocese in existence prior to the filing of the petition for relief under the federal bankruptcy laws were stayed while the Diocese continues business operations as a Debtor-in-Possession.

Case 06-02229-lmj11   Doc 218-1   Filed 01/31/08   Entered 01/31/08 17:39:47   Desc
Exhibit to Disclosure Statement   Page 17 of 28

156

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF IOWA

In re:  Diocese of Davenport

Case No.                06-02229

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**  Jun-07          **FILING DATE:**   10/10/2006 0:00

1.  Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here
    the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
    Dollars reported in   $1

| 2. | Asset Structure | End of Current Month | End of Prior Month | As of Petition Filing |
|----|-----------------|---------------------|--------------------|----------------------|
| | a. Current Assets (Market Value) | $9,187,996 | $7,848,047 | |
| | b. Total Assets (Market Value) | $13,471,670 | $12,652,175 | $7,650,258 |
| | c. Current Liabilities | $5,357,755 | $246,602 | |
| | d. Total Liabilities | $7,178,959 | $2,067,806 | $1,855,071 |

| 3. | Statement of Cash Receipts & Disbursements for Month | Current Month | Prior Month | Cumulative (Case to Date) |
|----|------|------|------|------|
| | a. Total Receipts | $1,110,993 | $519,449 | $4,779,866 |
| | b. Total Disbursements | $637,823 | $375,713 | $3,430,449 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $473,170 | $143,736 | $1,349,417 |
| | d. Cash Balance Beginning of Month | $1,569,543 | $1,425,807 | $693,296 |
| | e. Cash Balance End of Month (c + d) | $2,042,713 | $1,569,543 | $2,042,713 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|----|------|------|------|------|
| 4. | Profit/(Loss) from the Statement of Operations | ($4,108,222) | $99,735 | ($3,117,007) |
| 5. | Account Receivables (Pre and Post Petition) | $809,376 | $28,210 | |
| 6. | Post-Petition Liabilities | $5,357,755 | $246,602 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $9,013 | $9,013 | |

**At the end of this reporting month:**

| | | Yes | No |
|----|------|-----|-----|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | N/A |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | officers payroll | |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15.  Check if paid: Post-petition taxes  X ;          U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition
     tax reporting and tax returns:  X .
     (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return
     filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe
these documents are correct.

Date:    07/31/2007 0:00                              Charlene Maaske, CFO Diocese of Davenport
                                                     Responsible Individual

Revised 1/1/08

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended _____ 06/30/07

| | Current Month | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | **Revenues:** | | |
| $105 | $200 | ($95) | 1 | Gross Sales | $6,869 | $29 |
| | | $0 | 2 | less: Sales Returns & Allowances | | |
| $105 | $200 | ($95) | 3 | Net Sales | $6,869 | $29 |
| $0 | | $0 | 4 | less: Cost of Goods Sold        (Schedule 'B') | | |
| $105 | $200 | ($95) | 5 | Gross Profit | $6,869 | $29 |
| $2,639 | $2,050 | $589 | 6 | Interest | $11,841 | $2,000 |
| $1,038,976 | $220,000 | $818,976 | 7 | Other Income:      Charitable Gifts | $2,980,109 | $10,250 |
| $70,146 | $100,000 | ($29,854) | 8 | Insurance Receipts | $1,042,375 | $103,000 |
| $110,138 | $50,000 | $60,138 | 9 | Investment Income/Fees | $736,924 | $96,000 |
| $1,222,004 | $372,250 | $849,754 | 10 | **Total Revenues** | $4,778,118 | $211,279 |
| | | | | **Expenses:** | | |
| $12,578 | $12,578 | $0 | 11 | Compensation to Owner(s)/Officer(s) | $111,738 | $14,000 |
| $102,979 | $100,000 | ($2,979) | 12 | Salaries | $837,107 | $106,000 |
| | | $0 | 13 | Commissions | | |
| $4,260 | $6,000 | $1,740 | 14 | Contract Labor | $49,889 | $6,800 |
| | | | | Rent/Lease: | | |
| $115 | $1,000 | $885 | 15 | Personal Property | $6,616 | $0 |
| $610 | | ($610) | 16 | Real Property | $1,610 | |
| $36,189 | $25,000 | ($11,189) | 17 | Insurance | $757,681 | $59,179 |
| | | $0 | 18 | Management Fees | | |
| ($5,445) | $5,945 | $11,390 | 19 | Depreciation | $42,115 | $4,500 |
| | | | | Taxes: | | |
| $6,601 | $6,200 | ($401) | 20 | Employer Payroll Taxes | $54,034 | $6,685 |
| $0 | $200 | $200 | 21 | Real Property Taxes | $1,043 | $0 |
| | | $0 | 22 | Other Taxes | | |
| | | $0 | 23 | Other Selling | | |
| $132,890 | $55,000 | ($77,890) | 24 | Other Administrative | $486,837 | $190,000 |
| | | $0 | 25 | Interest | | |
| $24,565 | $20,000 | ($4,565) | 26 | Other Expenses:      Employee Benefits | $192,889 | $55,758 |
| $18,510 | $4,000 | ($14,510) | 27 | Charity Collection | $90,832 | $2,056 |
| $26,159 | $16,000 | ($10,159) | 28 | Medical Assistance/Victim Assistance | $110,608 | $555 |
| $12,091 | $6,500 | ($5,591) | 29 | Utilities | $89,281 | $9,000 |
| | | $0 | 30 | Transfer to unrestricted | $48,760 | $0 |
| $0 | $900 | $900 | 31 | Professional Investment Manager Fees | $14,462 | $0 |
| $0 | $0 | $0 | 32 | Sabbatical | $8,000 | $0 |
| $0 | $0 | $0 | 33 | Cemetery Perpetual Care | $25,000 | $0 |
| | $230,000 | $230,000 | 34 | | | $0 |
| $372,102 | $489,323 | $117,221 | 35 | **Total Expenses** | $2,928,502 | $454,533 |
| $849,902 | ($117,073) | $966,975 | 36 | **Subtotal** | $1,849,616 | ($243,254) |
| | | | | **Reorganization Items:** | | |
| ($230,000) | ($225,000) | $5,000 | 37 | Professional Fees | ($243,863) | $0 |
| ($5,000,000) | | ($5,000,000) | 38 | Estimate of claims payments | ($5,000,000) | |
| $35,172 | $17,083 | $18,089 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | $146,956 | $17,000 |
| $238,078 | | $238,078 | 40 | Gain or (Loss) from Sale of Equipment | $238,078 | |
| $0 | $0 | $0 | 41 | U.S. Trustee Quarterly Fees | ($8,750) | ($5,000) |
| ($1,374) | ($400) | $974 | 42 | Advertising/Printing/Mailing | ($99,044) | ($100) |
| ($4,958,124) | ($208,317) | ($4,749,807) | 43 | **Total Reorganization Items** | ($4,966,623) | $11,900 |
| ($4,108,222) | ($325,390) | ($3,782,832) | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($3,117,007) | ($231,354) |
| | | $0 | 45 | Federal & State Income Taxes | | |
| ($4,108,222) | ($325,390) | ($3,782,832) | 46 | **Net Profit (Loss)** | ($3,117,007) | ($231,354) |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

**BALANCE SHEET**
(General Business Case)
For the Month Ended ___06/30/2007 0:00___

Assets

| | Current Assets | From Schedules | Market Value |
|---|---|---|---|
| 1 | Cash and cash equivalents - unrestricted | | $5,720,298 |
| 2 | Cash and cash equivalents - restricted | | $2,592,733 |
| 3 | Accounts receivable (net) | A | $809,376 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | $9,937 |
| 6 | Professional retainers | | $55,652 |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $9,187,996 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $4,163,800 |
| 11 | Machinery and equipment | D | $6,000 |
| 12 | Furniture and fixtures | D | $8,914 |
| 13 | Office equipment | D | $59,500 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $45,460 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $4,283,674 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | | $13,471,670 |

NOTE:

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

## — Liabilities and Equity
### (General Business Case)

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| | | | |
|---|---|---|---:|
| 30 | Salaries and wages | | |
| 31 | Payroll taxes | | |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | |
| 35 | Notes payable (short term) | | |
| 36 | Accounts payable (trade) | A | $5,298,942 |
| 37 | Real property lease arrearage | | |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other:   Pass through collections | | $53,239 |
| 42 | Additional Accrued Vacations at June 30, 2007 | | $5,574 |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $5,357,755 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $5,357,755 |

    **Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---:|
| 47 | Secured claims | F | $0 |
| 48 | Priority unsecured claims | F | $160,888 |
| 49 | General unsecured claims | F | $1,660,316 |
| 50 | **Total Pre-Petition Liabilities** | | $1,821,204 |
| 51 | **Total Liabilities** | | $7,178,959 |

**Equity (Deficit)**

| | | |
|---|---|---:|
| 52 | Retained Earnings/(Deficit) at time of filing | $5,855,424 |
| 53 | Capital Stock | |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | ($3,117,006) |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | | |
| 58 | Market value adjustment | $3,554,293 |
| 59 | **Total Equity (Deficit)** | $6,292,711 |
| 60 | **Total Liabilities and Equity (Deficit)** | $13,471,670 |

# SCHEDULES TO THE BALANCE SHEET
### (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $352,545 | $5,289,929 | |
| 31-60 Days | $222,179 | | |
| 61-90 Days | $222,179 | $0 | $9,013 |
| 91+ Days | $257,000 | $9,013 | |
| Total accounts receivable/payable | $1,053,903 | $5,298,942 | |
| Allowance for doubtful accounts | $244,527 | | |
| Accounts receivable (net) | $809,376 | | |

### Schedule B
### Inventory/Cost of Goods Sold (Not Applicable)
### Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | |
| Product for resale | | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
| Products for resale | | Other: | |
| Manufacturer - | | | |
| Raw Materials | | | |
| Work-in-progress | | Less - | |
| Finished goods | | Inventory End of Month | |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| TOTAL | $0 | Cost of Goods Sold | $0 |

**Method of Inventory Control**    Not applicable
Do you have a functioning perpetual inventory system?
    Yes _____    No _____
    How often do you take a complete physical inventory?

Weekly    _____
Monthly    _____
Quarterly    _____
Semi-annually    _____
Annually    _____
Date of last physical inventory was    _____

Date of next physical inventory is    _____

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -    Not applicable
    FIFO cost    ——
    LIFO cost    ——
    Lower of cost or market    ——
    Retail method    ——
    Other    ——
        Explain

Revised 1/1/98

### Schedule C
### Real Property

| Description | Cost | Market Value |
|---|---|---|
| 2761 Scott Street House | $28,065 | $3,000 |
| St. Vincent Center | $2,235,239 | $4,160,800 |
| 3718 Telegraph Road | $0 | $0 |
| 803 E 39th Street (Cemetery House) | $0 | $0 |
| | | |
| | | |
| Total | $2,263,304 | $4,163,800 |

### Schedule D
### Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| Toro Mower | $5,572 | $1,000 |
| Ford Tractor | $10,512 | $5,000 |
| | | |
| Total | $16,084 | $6,000 |
| | | |
| Furniture & Fixtures - | | |
| Desks, chairs, tables, credenzas, filing cabinets, fully depreciated | $302,847 | $2,000 |
| Phone System | $35,940 | $2,000 |
| Jewelry – gifts | | $4,914 |
| | | |
| Total | $338,787 | $8,914 |
| | | |
| Office Equipment - | | |
| Computers/Network | $38,710 | $40,000 |
| 3 copiers | $39,928 | $15,000 |
| 1 scanner | $8,601 | $4,500 |
| Total | $87,239 | $59,500 |
| | | |
| Leasehold Improvements - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| | | |
| Vehicles - | | |
| 2000 Ford Taurus, 1989 Chevy Corsica | $10,931 | $4,425 |
| 1994 Pontiac Grand Prix, 2004 Saturn Vue | $21,355 | $14,810 |
| 1985 Chevy Dump Truck, 1991 Chevy S10 Truck | $26,299 | $3,540 |
| 2006 Chevy Silverado | $27,836 | $22,685 |
| Total | $86,421 | $45,460 |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
#### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | | |
| Priority claims other than taxes | $160,888 | $160,888 |
| Priority tax claims | | |
| General unsecured claims | $1,660,316 | $1,660,316 |

(a)    List total amount of claims even it under secured.

(b)    Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule E reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
#### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Quad City Bank | QC Bank | Quad City Bnk | Quad City Bank |
| Account Type | Checking | Checking | Checking | Agency |
| Account No. | 3624020 | #3602083/361630? | 3624038 | 2145 |
| Account Purpose | General | Prop/health ins | Massion Estate | Health Insurance |
| Balance, End of Month | $538,098 | $667,143 | $317,117 | $520,355 |
| Total Funds on Hand for all Accounts | $2,042,713 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended June 30, 2007

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $4,094 | $31,852 |
| 2 | Cash Received from Sales | $105 | $6,869 |
| 3 | Interest Received | $37,811 | $158,234 |
| 4 | Borrowings, increase in Accounts Payable | | $24,829 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Sale of Property | $520,355 | $520,355 |
| 7 | Annual Diocesan Appeal/other donations | $372,438 | $2,264,811 |
| 8 | Insurance receipts | $70,146 | $1,042,375 |
| 9 | Tribunal/Immigration/Faith Formation fees | $106,044 | $462,651 |
| 10 | Decrease in prepaids/accounts receivable | $0 | $88,388 |
| 11 | Misc/increase in accounts payable | $0 | $179,502 |
| 12 | **Total Cash Receipts** | $1,110,993 | $4,779,866 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | | |
| 14 | Selling | | |
| 15 | Administrative | $157,811 | $843,762 |
| 16 | Capital Expenditures | | |
| 17 | Principal Payments on Debt | | |
| 18 | Interest Paid | | |
| | Rent/Lease: | | |
| 19 | Personal Property | $0 | $3,732 |
| 20 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | $12,578 | $111,738 |
| 22 | Draws | | |
| 23 | Commissions/Royalties | | |
| 24 | Expense Reimbursements | $0 | $4,897 |
| 25 | Other | | |
| 26 | Salaries/Commissions (less employee withholding) | $81,358 | $642,518 |
| 27 | Management Fees | | |
| | Taxes: | | |
| 28 | Employee Withholding | $21,621 | $194,589 |
| 29 | Employer Payroll Taxes | $6,601 | $54,033 |
| 30 | Real Property Taxes | $0 | $1,043 |
| 31 | Other Taxes | | |
| 32 | Other Cash Outflows: | | |
| 33 | Insurance | $36,189 | $719,567 |
| 34 | Utilities | $12,091 | $89,281 |
| 35 | Medical Assistance | $26,159 | $110,608 |
| 36 | Employee benefits | $24,565 | $173,854 |
| 37 | Misc/Decrease in Accts payable/Increase in recbles/investments | $258,850 | $480,827 |
| 38 | **Total Cash Disbursements:** | $637,823 | $3,430,449 |
| 39 | **Net Increase (Decrease) in Cash** | $473,170 | $1,349,417 |
| 40 | **Cash Balance, Beginning of Period** | $1,569,543 | $693,296 |
| 41 | **Cash Balance, End of Period** | $2,042,713 | $2,042,713 |

Revised 1/1/98

Run date: 07/31/2007 @ 20:17
Bus date: 07/31/2007

Diocese of Davenport
WTB - Balance Sheet - AUDITORS

Select..: AX-XX-XXX-XXXXXXX.XXX
GLMPBAL.LO2  Page   2

1 Unrestricted Net Assets
X

| Account and Description | W/P Ref | Comments | 6/30/2006 Balance | 6/30/2007 Balance | Fiscal year thru period ending 06/30/2007 Adjustment Debit | Adjustment Credit | Adjusted Balance |
|---|---|---|---|---|---|---|---|
| 2001000 Accounts Payable | | | 61,962.31 | 298,942.09 | | | 298,942.09 |
| 2002500 Accounts Payable-Estates | | | 2,576.05 | 2,576.05 | | | 2,576.05 |
| 2012125 FSA Claims Payable | | | (1,462.91) | 2,400.49 | | | 2,400.49 |
| 2012300 Accrued Vacations | | | 70,489.39 | 76,062.84 | | | 76,062.84 |
| 2022553 Other Mass Stipends | | | 6,415.00 | 5,140.00 | | | 5,140.00 |
| 2022660 Propagation of the Faith | | | .00 | 4,432.22 | | | 4,432.22 |
| 2022662 Church in Cent./East. Euro | | | 29,673.52 | 1,770.07 | | | 1,770.07 |
| 2022663 Bishops Overseas/Relief Fu | | | 57,954.09 | 1,843.83 | | | 1,843.83 |
| 2022664 Catholic Communications | | | 6,694.24 | 2,014.86 | | | 2,014.86 |
| 2022665 Campaign for Human Develop | | | 31,606.69 | 24,991.45 | | | 24,991.45 |
| 2022666 Retirement Fund for Religi | | | 6,971.30 | 80.00 | | | 80.00 |
| 2022667 Holy Father (Peter's Pence | | | 21,735.99 | 9,714.05 | | | 9,714.05 |
| 2022669 Operation Rice Bowl | | | 35,011.36 | 33,906.96 | | | 33,906.96 |
| 2022670 Holy Land | | | 25,418.11 | 2,469.40 | | | 2,469.40 |
| 2022671 Catholic University | | | 11,664.38 | 7,713.64 | | | 7,713.64 |
| 2022672 World Mission Sunday | | | 10,254.05 | 12,796.20 | | | 12,796.20 |
| 2022677 Holy Childhood | | | 1,722.72 | 1,053.17 | | | 1,053.17 |
| 2022679 Catholic Home Mission | | | 14,365.94 | 613.50 | | | 613.50 |
| 2022680 DCCW | | | 528.00 | 455.00 | | | 455.00 |
| 2022697 Hurricane | | | 10,856.39 | 15.00 | | | 15.00 |
| 2022698 Sudan Collection | | | 1,396.00 | .00 | | | .00 |
| 2031110 Appeal Refunds | | | 5,416.16 | .00 | | | .00 |
| 2032900 Other | | | 239,740.08 | 29,651.98 | | | 29,651.98 |
| 2033100 Claims Payable | | | 1,667,167.14 | 6,660,316.00 | | | 6,660,316.00 |
| Total Liabilities | | | 2,318,156.00 | 7,178,958.80 | | | 7,178,958.80 |
| | | | | | | | |
| 3000100 Beginning Net Assets, Unre | | | 1,502,126.65 | 53,832.60 | | | 53,832.60 |
| 3001000 Catholic Charities Fund | | | 14,658.41 | 14,658.41 | | | 14,658.41 |
| Excess Revenue Over (Under) Expend | | | (1,448,294.05) | 176,251.14 | | | 176,251.14 |
| Total Net Assets | | | 68,491.01 | 244,742.15 | | | 244,742.15 |
| Total Liabilities and Fund Balance | | | 2,386,647.01 | 7,423,700.95 | | | 7,423,700.95 |

Run date: 07/31/2007 @ 20:17                    Diocese of Davenport                    Select..: AX-XX-XXX-XXXXXXX.XXX
Bus date: 07/31/2007                         WTB - Balance Sheet - AUDITORS                    GLMPBAL.L02  Page   3

2 Temporarily Restricted
X

| Account and Description | W/P Ref | Comments | 6/30/2006 Balance | 6/30/2007 Balance | Fiscal year thru period ending 06/30/2007 Adjustment Debit | Adjustment Credit | Adjusted Balance |
|---|---|---|---|---|---|---|---|
| 1001104 Checking, Massion Fund | | | 132,717.17 | 12,299.80 | | | 12,299.80 |
| 1001202 Money Market,Linsco/Priv L | | | 18,123.21 | .00 | | | .00 |
| 1001300 Certificate of Deposit | | | 45,702.46 | 304,817.38 | | | 304,817.38 |
| 1002080 Massion Estate Receivable | | | 250,000.00 | .00 | | | .00 |
| 1002530 Seminarian Ed Receivable | | | (10,259.92) | .00 | | | .00 |
| 1002800 Receivable from Unrestrict | | | .00 | 18,351.98 | | | 18,351.98 |
| 1004011 Kingdom Co. Large Cap | | | 5,245,363.51 | (.25) | | | (.25) |
| 1004014 Quad City Bank Agency | | | .00 | 160,546.72 | | | 160,546.72 |
| 1004017 Ritzinger Estate-Sp Projec | | | 375,321.00 | 424,105.22 | | | 424,105.22 |
| 1004021 Omer Woltering Cost | | | 112,285.90 | 135,939.75 | | | 135,939.75 |
| 1004022 Omer Woltering Appreciatio | | | 441,759.00 | 521,034.07 | | | 521,034.07 |
| 1999999 Due to/from Unrestricted | | | 52,924.62 | 643,206.33 | | | 643,206.33 |
| Total Assets | | | 6,663,936.95 | 2,220,301.00 | | | 2,220,301.00 |
| | | | | | | | |
| 3000100 Beginning Net Assets | | | 5,999,630.34 | 6,663,936.95 | | | 6,663,936.95 |
| Excess Revenue Over (Under) Expend | | | 664,306.61 | (4,443,635.95) | | | (4,443,635.95) |
| Total Net Assets | | | 6,663,936.95 | 2,220,301.00 | | | 2,220,301.00 |
| Total Liabilities and Fund Balance | | | 6,663,936.95 | 2,220,301.00 | | | 2,220,301.00 |

Run date: 07/31/2007 @ 20:14       --    Diocese of Davenport                          Select..: AX-XX-XXX-XXXXXXX.XXX
Bus date: 07/31/2007                   Revenue and Expense- Audit Report Detail           GLREXMP.LO2  Page   1

Fiscal year thru period ending 06/30/2007

1 Unrestricted Net Assets

| Description | Period to date Actual | Year to date Actual | Year to date Budget | % Used | Budget Variance |
|---|---|---|---|---|---|
| 10 101 Operations Chancery | 146,419.96 | 485,975.69 | 252,392.00 | 192.5% | 233,583.69 |
| 10 102 Operations June Institute | 18,771.60 | 20,381.00 | 22,500.00 | 90.6% | (2,119.00) |
| 10 103 Operations Clergy Overnighter | .00 | 17,822.50 | 19,200.00 | 92.8% | (1,377.50) |
| 10 104 Operations Chrism Mass | .00 | 8,015.56 | 7,404.00 | 108.3% | 611.56 |
| 10 201 Operations Finance | 200,016.33 | 606,135.05 | 512,756.00 | 118.2% | 93,379.05 |
| 10 205 Operations Bankruptcy | 4,894,204.09 | 4,894,204.09 | .00 | .0% | 4,894,204.09 |
| 10 210 Operations Stewardship | 8,158.42 | 24,510.13 | 22,548.00 | 108.7% | 1,962.13 |
| 10 301 Operations Communications | 112,843.59 | 335,411.44 | 292,571.00 | 114.6% | 42,840.44 |
| 10 401 Operations Marriage Tribunal | 49,242.07 | 175,702.87 | 158,436.00 | 110.9% | 17,266.87 |
| 10 502 Operations Pacem in Terris | 347.17 | 1,028.10 | 1,104.00 | 93.1% | (75.90) |
| 10 503 Operations Youth Rally | 2,055.00 | 48,553.34 | 64,368.00 | 75.4% | (15,814.66) |
| 10 504 Operations National Youth Ministry | 10,725.00 | 47,395.00 | 155,404.00 | 30.5% | (108,009.00) |
| 10 505 Operations TEC | .00 | 1,485.00 | 2,132.00 | 69.7% | (647.00) |
| 10 506 Operations Faith Formation/Education | 174,009.16 | 566,884.12 | 513,916.00 | 110.3% | 52,968.12 |
| 10 507 Operations Legalization/Immigration | 25,001.58 | 172,733.41 | 152,288.00 | 113.4% | 20,445.41 |
| 10 509 Operations Ministry Formation Program | 4,067.54 | 33,149.85 | 34,128.00 | 97.1% | (978.15) |
| 10 510 Operations Liturgies | 11,977.26 | 36,672.52 | 31,060.00 | 118.1% | 5,612.52 |
| 10 513 Operations Respect Life | 433.96 | 1,285.12 | 1,164.00 | 110.4% | 121.12 |
| 10 517 Operations Social Action | .00 | 70,450.00 | 70,356.00 | 100.1% | 94.00 |
| 10 601 Operations St. Vincent Center-Maintenance | 31,321.94 | 125,961.32 | 115,480.00 | 109.1% | 10,481.32 |
| 10 602 Operations Clergy Assistance | 85,489.85 | 253,167.36 | 221,448.00 | 114.3% | 31,719.36 |
| 10 603 Operations Seminarians | 85.00 | 221,994.22 | 257,028.00 | 86.4% | (35,033.78) |
| 10 604 Operations St. Vincent Center-Kitchen | 26,689.82 | 79,443.62 | 69,100.00 | 115.0% | 10,343.62 |
| 10 605 Operations Vocations & Support | .00 | .00 | 52,752.00 | .0% | (52,752.00) |
| 10 606 Operations Diaconate | 1,562.25 | 7,676.35 | 23,744.00 | 32.3% | (16,067.65) |
| 10 607 Operations University Hospitals | 34,803.48 | 103,066.12 | 90,084.00 | 114.4% | 12,982.12 |
| 10 609 Operations Vicar for Priests | 607.54 | 1,799.17 | 1,500.00 | 119.9% | 299.17 |
| 10 610 Operations Victim Assistance | 45,044.91 | 133,394.79 | 116,712.00 | 114.3% | 16,682.79 |
| 10 611 Operations Rachel's Hope | 74,022.77 | 132,916.14 | 160,008.00 | 83.1% | (27,091.86) |
| 10 701 Operations National Councils | 15,448.93 | 45,750.04 | 40,000.00 | 114.4% | 5,750.04 |
| 10 702 Operations Pastoral Council | 347.17 | 1,028.10 | 996.00 | 103.2% | 32.10 |
| 10 705 Operations Sisters Council | 86.79 | 257.01 | 120.00 | 214.2% | 137.01 |
| 10 706 Operations Presbyterial Council | 607.54 | 1,799.17 | 1,500.00 | 119.9% | 299.17 |
| 12 230 Operations Diocesan Collections | 68,730.71 | 145,978.00 | 50,004.00 | 291.9% | 95,974.07 |
| 12 514 Operations Campaign for Human Development | 9,698.78 | 9,752.80 | 9,996.00 | 97.6% | (243.20) |
| 21 201 Finance | 34,987.59 | 950,596.75 | 874,149.96 | 108.7% | 76,446.79 |
| 22 260 Health Insurance | 36,666.42 | 400,679.68 | 385,500.00 | 103.9% | 15,179.68 |
| Total Revenue | 6,124,474.22 | 10,163,055.50 | 4,783,848.96 | 212.4% | 5,379,206.54 |
| 10 101 Operations Chancery | 43,586.59 | 320,249.47 | 252,412.00 | 126.9% | (67,837.47) |
| 10 102 Operations June Institute | 15,389.21 | 17,389.21 | 18,696.00 | 93.0% | 1,306.79 |
| 10 103 Operations Clergy Overnighter | .00 | 17,284.62 | 19,308.00 | 89.5% | 2,023.38 |

Run date: 07/31/2007 @ 20:14
Bus date: 07/31/2007

Diocese of Davenport
Revenue and Expense- Audit Report Detail

Select..: AX-XX-XXX-XXXXXXX.XXX
GLREXMP.LO2 Page   2

Fiscal year thru period ending 06/30/2007

1 Unrestricted Net Assets

| Description | Period to date Actual | Year to date Actual | Year to date Budget | % Used | Budget Variance |
|---|---|---|---|---|---|
| 10 104 Operations Chrism Mass | .00 | 8,237.46 | 7,308.00 | 112.7% | (929.46) |
| 10 201 Operations Finance | 33,561.62 | 328,014.94 | 512,764.00 | 64.0% | 184,749.06 |
| 10 205 Operations Bankruptcy | 5,231,373.85 | 5,347,856.32 | .00 | .0% | (5,347,856.32) |
| 10 210 Operations Stewardship | 1,573.38 | 26,114.62 | 22,552.00 | 115.8% | (3,562.62) |
| 10 301 Operations Communications | 19,896.54 | 237,975.91 | 229,160.00 | 103.8% | (8,815.91) |
| 10 401 Operations Marriage Tribunal | 11,859.14 | 152,910.73 | 158,436.00 | 96.5% | 5,525.27 |
| 10 502 Operations Pacem in Terris | .00 | .00 | 1,104.00 | .0% | 1,104.00 |
| 10 503 Operations Youth Rally | .00 | 44,222.53 | 64,380.00 | 68.7% | 20,157.47 |
| 10 504 Operations National Youth Ministry | 33,000.00 | 46,256.39 | 152,044.00 | 30.4% | 105,787.61 |
| 10 505 Operations TEC | .00 | 1,399.18 | 2,132.00 | 65.6% | 732.82 |
| 10 506 Operations Faith Formation/Education | 39,514.61 | 428,235.82 | 513,920.00 | 83.3% | 85,684.18 |
| 10 507 Operations Legalization/Immigration | 14,195.56 | 145,329.41 | 152,288.00 | 95.4% | 6,958.59 |
| 10 509 Operations Ministry Formation Program | 2,277.78 | 31,402.16 | 34,144.00 | 92.0% | 2,741.84 |
| 10 510 Operations Liturgies | 92.82 | 36,846.30 | 31,064.00 | 118.6% | (5,782.30) |
| 10 513 Operations Respect Life | 150.30 | 311.97 | 1,164.00 | 26.8% | 852.03 |
| 10 517 Operations Social Action | 6,881.44 | 73,255.65 | 70,380.00 | 104.1% | (2,875.65) |
| 10 601 Operations St. Vincent Center-Maintenance | 21,186.89 | 204,636.42 | 92,156.00 | 222.1% | (112,480.42) |
| 10 602 Operations Clergy Assistance | 29,880.77 | 251,586.12 | 221,424.00 | 113.6% | (30,162.12) |
| 10 603 Operations Seminarians | 9,936.75 | 223,497.62 | 257,028.00 | 87.0% | 33,530.38 |
| 10 604 Operations St. Vincent Center-Kitchen | 8,713.58 | 83,079.58 | 69,112.00 | 120.2% | (13,967.58) |
| 10 605 Operations Vocations & Support | 2,746.29 | 47,553.14 | 52,752.00 | 90.1% | 5,198.86 |
| 10 606 Operations Diaconate | 1,400.02 | 17,799.10 | 23,764.00 | 74.9% | 5,964.90 |
| 10 607 Operations University Hospitals | 5,370.68 | 89,569.56 | 90,084.00 | 99.4% | 514.44 |
| 10 609 Operations Vicar for Priests | 125.00 | 1,220.62 | 1,500.00 | 81.4% | 279.38 |
| 10 610 Operations Victim Assistance | 3,967.81 | 16,138.22 | 116,724.00 | 13.8% | 100,585.78 |
| 10 611 Operations Rachel's Hope | 14,478.41 | 116,065.53 | 159,996.00 | 72.5% | 43,930.47 |
| 10 701 Operations National Councils | 12,977.00 | 113,949.76 | 40,000.00 | 284.9% | (73,949.76) |
| 10 702 Operations Pastoral Council | .00 | .00 | 996.00 | .0% | 996.00 |
| 10 705 Operations Sisters Council | .00 | .00 | 120.00 | .0% | 120.00 |
| 10 706 Operations Presbyterial Council | .00 | .00 | 1,500.00 | .0% | 1,500.00 |
| 11 201 Operations Finance | (5,444.96) | 77,137.04 | 77,000.04 | 100.2% | (137.00) |
| 11 301 Operations Communications | .00 | 23,176.06 | 63,415.00 | 36.5% | 40,238.94 |
| 11 601 Operations St. Vincent Center-Maintenance | .00 | 695.50 | 23,332.00 | 3.0% | 22,636.50 |
| 11 611 Operations Rachel's Hope | .00 | (5,274.50) | .00 | .0% | 5,274.50 |
| 12 230 Operations Diocesan Collections | 4,210.43 | 145,978.07 | 50,004.00 | 291.9% | (95,974.07) |
| 12 514 Operations Campaign for Human Development | 3,000.00 | 9,752.80 | 10,008.00 | 97.5% | 255.20 |
| 21 201 Finance | 90.30 | 899,215.08 | 825,999.96 | 108.9% | (73,215.12) |
| 22 260 Health Insurance | 36,098.33 | 407,735.95 | 385,000.08 | 105.9% | (22,735.87) |
| Total Expenditure | 5,602,090.20 | 9,986,804.36 | 4,805,171.08 | 207.8% | (5,181,633.28) |
| Excess Revenue over (under) Expenditures | 522,384.02 | 176,251.14 | (21,322.12) | -826.6% | 197,573.26 |