IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| IN THE MATTER OF<br>DIOCESE OF DAVENPORT,<br><br>　　　　　　　　　　Debtor. | ) Case No. 06-02229-lmj11<br>)<br>) Chapter 11<br>)<br>) Honorable Lee M. Jackwig<br>) |

## MOTION FOR ADMISSION
## PRO HAC VICE OF JAMES I. STANG, ESQ.,
## OF PACHULSKI STANG ZIEHL & JONES LLP,
## COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

James I. Stang, a lawyer who is not a member of the bar of this district, moves to appear in this case *pro hac vice* on behalf of the Official Committee of Unsecured Creditors (the "Committee"). On January 4, 2007, the Committee selected Mr. Stang's law firm, Pachulski Stang Ziehl & Jones LLP (the "Firm"), as counsel in this case. The Firm has represented the Committee since January 4, 2007. On February 27, 2007, the Court approved the Firm's employment application. *See* Docket No. 88.

Mr. Stang states that he is a member in good standing of the bar of the Ninth Circuit Court of Appeals, the United States District Court for the Northern, Eastern, Central, and Southern Districts of California, is a member in good standing of the bar of the State of California, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his *pro hac vice* representation in this case.

Throughout the Firm's more than one-year representation of the Committee in the above-captioned bankruptcy case, the Court has not required the Committee to associate local counsel in

Iowa. As set forth more fully in the Firm's Employment Application, the Firm has experience representing unsecured creditors in Diocese bankruptcy cases. Mr. Stang served as lead counsel at the Firm in its representation of the Committee of Tort Litigants in the *In re Catholic Diocese of Spokane* bankruptcy case pending in the United States Bankruptcy Court for the Eastern District of Washington, Case No. 04-08822-PCW11; and in the Firm's representation of the Official Committee of Unsecured Creditors in *The Roman Catholic Bishop of San Diego* bankruptcy case that was pending in the United States Bankruptcy Court for the Southern District of California, Case. No. 07-00939-LA11. As set forth in the Firm's Employment Application, Mr. Stang will not bill the estate for the travel time he incurs in traveling to Iowa for hearings, meetings, or any other reasons associated with its representation of the Committee in this case.

Dated:   February 20, 2008                PACHULSKI STANG ZIEHL & JONES LLP

                                          */s/ James I. Stang*
                                     By:  James I. Stang (CA Bar No. 94435 - IS9998306)
                                          Hamid R. Rafatjoo (CA Bar No. 181564 - IS9998402)
                                          Gillian N. Brown(CA Bar No. 205132 - IS9998401)
                                          10100 Santa Monica Blvd., 11th Floor
                                          Los Angeles, California  90067-4100
                                          Telephone: 310/277-6910
                                          Facsimile:  310/201-0760
                                          Email:  jstang@pszjlaw.com
                                                  hrafatjoo@pszjlaw.com
                                                  gbrown@pszjlaw.com

                                          Attorneys for the Official Committee of Unsecured Creditors

## CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury, that on February 20, 2008, a copy of the **MOTION FOR ADMISSION PRO HAC VICE OF JAMES I. STANG, ESQ., OF PACHULSKI STANG ZIEHL & JONES LLP, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** to which this certificate is attached was (1) caused to be served by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who have provided email addresses and are registered through the ECF System; and (2) was mailed via the United States Mail with postage fully paid to the parties displayed below, which parties were not served by the Court's electronic noticing system.

_/s/ Mary de Leon_
Mary de Leon

Thomas J. Salerno/Jordan A. Kroop
Squire, Sanders & Dempsey L.L.P.
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004-4498

Counsel for St. Paul Fire
and Marine Insurance and Travelers Casualty and Surety Company
Jean M. Golden / Patricia A. Ryan
Cassiday Schade LLP
20 North Wacker Drive, Suite 1040
Chicago, IL 60606-2903

Aurora Management Partners, Inc.
212 South Tryon Street, Suite 1680
Charlotte, NC 28281

Richard M. Calkins
Calkins Law Firm
2700 Westown Parkway, Suite 220
West Des Moines, IA 50266