# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA
## DAVENPORT DIVISION

| | |
|---|---|
| In Re: | Case No. 06-02229-lmjll |
| DIOCESE OF DAVENPORT, | MOTION FOR ADMISSION |
| Debtor. | PRO HAC VICE |

Robert B. Millner, a lawyer who is not a member of the bar of this district, moves to appear in this case *pro hac vice* on behalf of ACE American Insurance Company, an affiliate of Century Indemnity Company, in its capacity as successor to CCI Insurance Company, as successor to Insurance Company of North America. Mr. Millner states that he is a member in good standing of the bar of the following courts: the State of Illinois, the United States District Court for the Northern District of Illinois, Third Circuit Court of Appeals, Fifth Circuit Court of Appeals, Sixth Circuit Court of Appeals and Seventh Circuit Courts of Appeals and the United States Supreme Court, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his *pro hac vice* representation in this case.

Robert B. Millner further states he will comply with the associate counsel requirements of LR 83.1.d.4 by associating with Richard K. Updegraff of Brown, Winick, Graves, Gross, Baskerville and Schoenebaum, P.L.C., a lawyer who has been admitted to the bar of this district under LR 83.1.b and c and who has entered an appearance in this case on behalf of ACE American Insurance Company.

/s/ *Robert B. Millner*
Robert B. Millner, Ill. Bar No. 1922645
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, IL  60606
Telephone: 312-876-7994
Facsimile:  312-876-7934
E-mail:     rmillner@sonnenschein.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 22, 2008, a true copy of the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause as follows:

Parties served by electronic means:

Richard A. Davidson  rdavidson@l-wlaw.com
James L. Snyder  USTPRegion12.DM.ECF@usdoj.gov
Robert C. Gainer  USTPRegion12.DM.ECF@usdoj.gov
Gillian N. Brown  gbrown@pszjlaw.com
Hamid R. Rafatjoo  hrafatjoo@pszjlaw.com
Iain A.W. Nasatir  inasatir@pszjlaw.com
Michael P. Pompeo  Michael.Pompeo@dbr.com
James I. Stang  jstang@pszjlaw.com
Anita L. Shoodeen  AShodeen@Bevinglaw.com

Parties served by regular mail:

Thomas J. Salerno/Jordan A. Kroop
Squire, Sanders & Dempsey LLP
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, AZ  85004-4498

Craig A. Levien
Betty, Neumann & McMahon, PLC
600 Union Arcade Building
111 East Third Street
Davenport, IA  52801

Marty L. Rowlet
Shuttleworth & Ingersoll, PLC
P.O. Box 2107
Cedar Rapids, IA  52406-2107

Wesley B. Huisinga
Shuttleworth & Ingersoll, P.C.
P.O. Box 2107
Cedar Rapids, IA  52406-2107

Thomas G. McCuskey
Thomas G. McCuskey, P.C.
P.O. Box 817
Cedar Rapids, IA  52406-0817

Paula L. Roby
P.O. Box 1968
Cedar Rapids, IA  52406-1968

Jean M. Golden
Cassiday Shade LLP
20 N. Wacker Dr., Ste. 1040
Chicago, IL  60606-2903

Aurora Management Partners Inc
212 South Tryon Street, Suite 1680
Charlotte, NC  28281

Richard M. Calkins
Calkins Law Firm
2700 Westown Pkwy., Ste. 220
West Des Moines, IA  50266

Patrick R. Cannon
1267 E. Mona Lisa Drive
Meridian, ID  83642

| | |
|---|---|
| McGladrey & Pullen LLP<br>201 N. Harrison St., Ste. 300<br>Davenport, IA  52801-1992 | RMS McGladrey, Inc.<br>201 N. Harrison St., Ste. 300<br>Davenport, IA  52801-1922 |
| Roxanne B. Conlin<br>319 7th Street, Suite 600<br>Des Moines, IA  50309 | Michael Murphy<br>Alix Partners<br>4 Embarcadero Ctr., Ste. 3110<br>San Francisco, CA  94111 |

/s/ *Richard K. Updegraff*
Richard K. Updegraff, IS9999029