**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:

**Diocese of Davenport,**                                                                 Case No. **06-02229-lmj11**

          Debtor in Possession

March 5, 2008 Courtroom Hearing on:
(1) Chapter 11 Disclosure Statement (#218) and Objections (#234 and #237);
(2) Motion to Estimate Claims for Voting Purposes (#220); and
(3) Motion to Modify Form of Ballot (#225)

Court Reporter:   Tracy A.H. Lamp - TA Reporting

Appearances:   Robert C. Gainer, Attorney for United States Trustee for Region 12
Richard A. Davidson , Attorney for Debtor in Possession
Hamid R. Rafatjoo, Attorney for Official Committee of Unsecured Creditors
Craig A. Levien, Attorney for D. Michl Uhde, Michael Gould and Other Tort Claimants
Michael P. Pompeo and Jean M. Golden, Attorneys for St. Paul Fire and Marine Insurance
      Company and for Travelers Casualty and Surety Company
Robert B. Millner and Richard K. Updegraff, Attorneys for Ace American Insurance Company
(Dan Childers and Paula L. Roby), Attorneys for Iowa City Regina High School

**ORDER
and
NOTICE OF HEARING ON AMENDED DISCLOSURE STATEMENT
(date entered on docket: March 5, 2008)**

      It is hereby ORDERED that:

**(1)** Insofar as the objecting parties contend the disclosure statement does not contain adequate information required by 11 U.S.C. section 1125(a) (2006) and insofar as their objections mirror the concerns the Court stated on the record, the objections are sustained.  The debtor in possession shall file an amended disclosure statement **at least three calendar days prior to April 2, 2008**.  The debtor in possession shall also revise the pending plan to eliminate any inconsistent statements and to correct any references to sections of Title 11 of the United States Code that are references to a version of the Code that is not applicable in this case.

**(2)** The hearing on the amended disclosure statement will commence at **1:30 p.m.** on **April 2, 2008.** (Locations: ICN Courtroom, 3rd Floor, U.S. Courthouse Annex, 110 East Court Avenue, Des Moines, Iowa and Courtroom 140, Davenport Courthouse, 131 E. 4th Street, Davenport, Iowa.)  (This is a no testimony hearing.)  With the exception of any party who did not receive the December 5, 2007 Order and Notice of Deadlines and Hearing, the Court will not consider any written or verbal objections to the amended disclosure statement by parties other than Ace American Insurance Company and Iowa City Regina High School.

**(3)** The debtor in possession shall update the mailing matrix to include all known Catholic Entities and their Insurers and shall serve a copy of this Order and Notice on those Entities and Insurers.

**(4)** The second and third items on today's calendar are continued to the April 2, 2008 hearing date.

**(5)** Nothing in this Order and Notice shall be construed as preventing the debtor in possession from voluntarily undertaking many of the non-monetary obligations set forth in Article 24 of the Plan prior to confirmation of a plan or other disposition of this case.

                                      /s/  Lee M. Jackwig
                                      Lee M. Jackwig
                                      U.S. Bankruptcy Judge

**Note:**  If parties intend to rely upon exhibits (other than those that might be attached to the amended disclosure statement) at the time of the hearing, at least one full calendar week before the hearing date they must (a) exchange marked exhibits, (b) submit those exhibits (one set of copies) directly to the assigned judge's chambers and (c) file only their respective list of exhibits with the Clerk of Court.  Each party shall retain the originals of the exhibits until offered at the time of the hearing.  The debtor in possession shall use consecutive numbers; the U.S. Trustee and creditors shall use consecutive letters and self-explanatory acronyms.  If an exhibit consists of more than one page, the party offering the exhibit shall number the pages at the bottom of each page.

Parties Receiving this Order from the Clerk of Court: Everyone on the current mailing matrix