IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| In the matter of<br><br>DIOCESE OF DAVENPORT,<br><br>Debtor. | Chapter 11<br>Case No. 06-02229-lmj11<br><br>**DEBTOR'S EXHIBIT LIST** |
|---|---|

COMES NOW the Diocese of Davenport ("Debtor" or "Diocese"), an Iowa non-profit corporation, and submits the following exhibits for the Confirmation Hearing scheduled for April 30, 2008 beginning at 1:30 p.m. before the Honorable Judge Lee M. Jackwig:

1. Diocese of Davenport Balance Sheets for June 30, 2005 and 2006.

2. Diocese Monthly Operating Report and Attachments Dated March 31, 2008.

3. List and Description of Restricted Assets.

4. Projection of Cash Flow of the Reorganized Debtor.

Dated this 23rd day of April, 2008.

Respectfully submitted,

LANE & WATERMAN LLP

By____/s/ Richard A. Davidson_____
　　　Richard A. Davidson
　　　220 North Main Street, Suite 600
　　　Davenport, IA 52801
　　　563-333-6624
　　　563-888-7841 Fax
　　　rdavidson@l-wlaw.com
　　　ATTORNEYS FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| IN RE<br>THE DIOCESE OF DAVENPORT,<br><br>　　　　Debtor. | ) <br>) Case No 06-02229-11<br>)<br>) Chapter 11<br>)<br>) Honorable Lee Jackwig<br>)<br>) |

**CERTIFICATE OF SERVICE**

　　The undersigned hereby certifies that on the 23rd day of April, 2008, I caused to be served by the Court's electronic noticing system (to parties who have provided email addresses through the ECF System) a true and correct copy of **Debtor's Exhibit List**.


　　　　　　　　　　　　　　　　　　　　　　/s/ Richard A. Davidson

2