IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | Chapter 11 Bankruptcy |
| ) | No. 06-02229 |
| DIOCESE OF DAVENPORT, ) | |
| ) | |
| Debtor. ) | |

## JOINDER TO APPLICATION FOR ORDER REGARDING TORT CLAIMANTS WHO FILED BANKRUPTCY

COMES NOW Sheryl Schnittjer, in her sole capacity as Chapter 7 Trustee ("Trustee"), by and through her counsel, and hereby joins in the Application filed on September 4, 2008, by Trustees Wesley B. Huisinga, Renee K. Hanrahan, and Bruce P. Kriegman, for Order Regarding Tort Claimants Who Filed Bankruptcy, and in support of this Joinder, respectfully states:

1. Trustee Schnittjer is aware that there are two tort Claimants in this proceeding who had previously filed individual chapter 7 cases then pending in the Northern Districts of Iowa.

2. Before confirmation of the plan by this Court, Trustee Schnittjer and the Debtor via counsel have conferred, and the parties reached an agreement that any and all award checks be made jointly payable to Trustee Schnittjer and the underlying Claimants/Debtors.

3. In addition, Trustee Schnittjer joins in the relief requested by the Application filed by the various Trustees on September 4, 2008.

WHEREFORE, Trustee Schnittjer respectfully prays that this Court on such notice and hearing as it may direct, enter and enroll an Order granting the relief requested by the various Trustees in the Application filed on September 4, 2008, for Order regarding Tort Claimants Who Filed Bankruptcy, and further include the Tort Claimants/Debtors in the two cases that are being

administered by Trustee Schnittjer in the Order and Decree to be eventually issued by this Court, and for such other relief as may be just and proper under the premises.

                    MOYER & BERGMAN P.L.C.

                    _____
                    Eric W. Lam    AT0004416
                    2720 First Avenue NE
                    P. O. Box 1943
                    Cedar Rapids, IA  52406-1943
                    Telephone:  (319) 366-7331
                    Facsimile:  (319) 366-3668
                    E-mail:  elam@moyerbergman.com

                    ATTORNEY FOR TRUSTEE
                      Sheryl Schnittjer

Copy to:

| | |
|---|---|
| Wesley B. Huisinga<br>Shuttleworth & Ingersoll, P.L.C.<br>Attorneys at Law<br>P. O. Box 2107<br>Cedar Rapids, IA  52406-2107 | Craig A. Levien<br>Attorney at Law<br>Betty, Neuman & McMahon, P.L.C.<br>111 E. Third Street, Suite 600<br>Davenport, IA  52801-1596 |
| Renee K. Hanrahan<br>Renee K. Hanrahan, P.C.<br>P. O. Box 1088<br>Cedar Rapids, IA  52406-2088 | Patrick Noaker<br>Attorney at Law<br>Jeff Anderson & Associates PA<br>366 Jackson Street, Suite 100<br>St. Paul, MN  55101 |
| Bruce P. Kriegman<br>Attorney at Law<br>Suite 2100<br>600 University Street<br>Seattle, WA  98101-4185 | Richard M. Calkins<br>Calkins Law Firm<br>2700 Westown Parkway, Suite 220<br>West Des Moines, IA  50266 |
| Richard A. Davidson<br>Attorney at Law<br>Lane & Waterman, L.L.P.<br>220 North Main Street, Suite 600<br>Davenport, IA  52801-1987 | Hamid R. Rafatjoo<br>Attorney at Law<br>Pachulski, Stang, Ziehl & Jones, L.L.P.<br>10100 Santa Monica Blvd., 11th Floor<br>Los Angeles, CA  90067-4100 |

**Certificate of Service**

The undersigned hereby certifies, under penalty of perjury, that a copy of the instrument to which this certificate is attached was mailed via the United States mail with postage fully paid on the 11 day of September, 20 08, to the parties displayed on the Service List appended hereto.

_____

2

Office of U.S. Trustee
Suite 400 Law Building
225 Second Street SE
Cedar Rapids, IA 52401

United States Trustee
Federal Building, Room 793
210 Walnut Street
Des Moines, IA 50309-2108

Sheryl Schnittjer
Chapter 7 Trustee
304 Gay Street
P. O. Box 375
Delhi, IA 52223-0375

James Snyder
Asst. U.S. Trustee
Federal Building
Room 793
210 Walnut St.
Des Moines, IA 50309

Anita L. Shodeen
Attorney at Law
Beving, Swanson & Forrest, P.C.
321 E. Walnut Street, Suite 200
Des Moines, IA 50309-2048

Michael P. Pompeo
Attorney at Law
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 09732-1047

David Nadler
Attorney at Law
225 2nd St. SE, Suite 310
Cedar Rapids, IA 52401

Thomas G. McCuskey
Attorney at Law
118 Third Avenue SE, Suite 309
P. O. Box 817
Cedar Rapids, IA 52406-0817

Paula L. Roby
Attorney at Law
Elderkin & Pirnie PLC
115 First Avenue SE
P. O. Box 1968
Cedar Rapids, IA 52406-1968

Marty L. Rowlet
Attorney at Law
Shuttleworth & Ingersoll, P.L.C.
115 – 3rd St. SE, Suite 500
P.O. Box 2107
Cedar Rapids, IA 52406-2107

Jean M. Golden
Cassiday Schade LLP
20 N. Wacker Dr., Suite 1040
Chicago, IL 60606-2903

RSM McGladrey, Inc.
201 N. Harrison St., Suite 300
Davenport, IA 52801-1992

Thomas J. Salerno
Two Renaissance Square
40 N. Central Ave., Suite 2700
Phoenix, AZ 85004-4441

James M. Sweeney
320 LeClaire St.
Davenport, IA 52801

Mike Uhde
2714 E. Locust St.
Davenport, IA 52803

AMS, TSD, EWL

H:\ktheusch\WP\LAMBO\SSTE.Davenport.JoinderApplication.090708.doc

3