IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

|  |  |
|---|---|
| IN THE MATTER OF<br>DIOCESE OF DAVENPORT,<br><br>Debtor. | ) Case No. 06-02229-lmj11<br>)<br>) Chapter 11<br>)<br>) Honorable Lee M. Jackwig<br>)<br>) **[DOCKET NO. 462]** |

*Date entered on docket: October 18, 2019*

### ORDER GRANTING SETTLEMENT TRUSTEE'S MOTION TO AUTHORIZE FINAL DISTRIBUTION AND TERMINATE THE SETTLEMENT TRUST

Upon the Motion of Eric Schwarz, the Settlement Trustee (the "Settlement Trustee") of the Diocese of Davenport Qualified Settlement Trust, to Authorize Final Distribution and Terminate the Settlement Trust (the "Motion"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and having heard and considered the objections thereto as set forth in the Order dated August 1, 2019 [Docket No. 487]; and the Settlement Trustee having filed an updated final report and accounting and summary regarding distributions and reserves (the "Amended Reports"); and it appearing that the relief requested in the Motion is in the best interests of the Debtor and other parties in interest; and after due deliberation and good and sufficient cause appearing therefor; and it appearing to the Court that the said Motion should be approved.

IT IS HEREBY ORDERED:

1.    The Motion is granted as set forth herein.

2.    The Diocese of Davenport Qualified Settlement Trust is hereby terminated.

3.    The Settlement Trustee's final report and accounting set forth on Exhibit 1 of the Amended Reports is approved.

4.    The Settlement Trustee is authorized to wind up the affairs of the Settlement Trust and to make the distributions and payment of remaining Settlement Trust expenses set forth on Exhibit 2 of the Amended Reports.

5.    Except as provided for herein, the Settlement Trustee, its agents, including professionals, and employees, are hereby exculpated from liability and relieved, discharged and released from all further duties under the Plan and the Diocese of Davenport Settlement Trust Agreement.

6.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.


    **/s/ Lee M. Jackwig**
    THE HONORABLE LEE M. JACKWIG
    ~~Chief~~ U.S. Bankruptcy Judge for the                           lmj
    Southern District of Iowa

**Parties Receiving this Order from the Clerk of Court:**
**Electronic Filers in this Chapter Case; P. Hopkins; R. Calkins; and Claimants Appearing on Docket Number 490**